IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Sierra Club and Public Citizen, | ) |
| | ) |
| *Petitioners*, | ) |
| | ) |
| v. | ) Nos. 22-1235 & |
| | ) 22-1267 (consolidated) |
| Federal Energy Regulatory Commission, | ) |
| | ) |
| *Respondent*. | ) |

**UNOPPOSED MOTION TO GOVERN
OF RESPONDENT
<u>FEDERAL ENERGY REGULATORY COMMISSION</u>**

Respondent Federal Energy Regulatory Commission ("FERC" or the "Commission") submits this motion to govern the proceedings in the above-captioned cases, and also in *Sierra Club v. FERC* (No. 22-1233). Previously, the Commission moved to hold these cases in abeyance pending issuance of a further order on rehearing in the agency proceeding at issue in No. 22-1235. The Commission issued that order on rehearing on October 14, 2022. *See Corpus Christi Liequefaction Stage III, LLC*, 181 FERC ¶ 61,033 (Oct. 14, 2022). Petitioners Sierra Club and Public Citizen filed a petition for review of that rehearing order on October 17, 2022, and the new petition, No. 22-1267, has been consolidated with No. 22-1235.

Now that the anticipated rehearing order has issued, the Commission withdraws its motions for abeyance and requests that the Court issue scheduling orders in *Sierra Club v. FERC*, No. 22-1233, and *Sierra Club and Public Citizen v. FERC*, Nos. 22-1235 and 22-1267 (consolidated). The Commission requests that the Court issue scheduling orders: (1) setting November 16 as the date for filing the certified index to the record in No. 22-1233, and November 23 as the date for filing the certified index to the record in Nos. 22-1235 and 22-1267, (2) setting the date for filing Petitioners' opening brief in both cases 30 days after the filing of the certified index to the record, and (3) providing a period of 60 days from the filing of Petitioners' opening brief for the filing of the Commission's responsive brief. (As proposed, the briefing schedules in the two cases are staggered such that the deadlines for filing briefs in Nos. 22-1235 and 22-1267 run 7 days after the deadlines in No. 22-1233.) In addition, the Commission requests that the Court schedule oral argument in these cases on the same day before the same panel.

Counsel for the Commission has conferred with counsel for Petitioners in Nos. 22-1233, 22-1235, and 22-1267, and counsel for Movant-Intervenors Corpus Christi Liquefaction, LLC and Cheniere Corpus Christi Pipeline, LP (Nos. 22-1235 and 22-1267) and National Fuel Gas Supply Corp. (No. 22-1233). No party opposes this motion.

        Respectfully submitted,

        Robert H. Solomon
        Solicitor

        */s/ Susanna Y. Chu*
        Susanna Y. Chu
        Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8464
Email Susanna.Chu@ferc.gov

November 4, 2022

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 349 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word for Office 365.

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Attorney

Federal Energy Regulatory
  Commission
Washington, DC  20426
Tel.:  (202) 502-8464
Susanna.Chu@ferc.gov

November 4, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 4, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Attorney